

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00148-CV

Elvira **JONES**,
Appellant

v.

Jason Frank **JONES**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 21-05-0410-CVA
Honorable Russell Wilson, Judge Presiding

Opinion by:     Luz Elena D. Chapa, Justice

Sitting:        Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: November 2, 2022

MOTION TO DISMISS GRANTED; DISMISSED

On February 22, 2022, appellant Elvira Jones filed a notice of appeal challenging the trial court's February 10, 2022 order appointing a receiver in a divorce action. After we formally set this case for submission on the parties' briefs, appellant filed a motion seeking to voluntarily dismiss her appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement regarding the assessment of costs, we order all costs assessed against appellant. *See id*. R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

Luz Elena D. Chapa, Justice